# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **2/2**, 20**22** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CA**

ON 2/2/2022, DEFENDANT VISITED THE POMONA, CA SOCIAL SECURITY OFFICE LOCATED AT 2130 N. GAREY AVE, POMONA, CA AS DEFENDANT DIDN'T RECEIVE HIS CHECK. DEFENDANT TOLD CONTRACTED PROTECTED SECURITY OFFICER (PSO) HE WOULD "FUCK SOMEBODY UP" IF HE DIDN'T RECEIVE HIS CHECK. HE ALSO STATED, "KILL ALL OF YOU IF I DON'T GET MY FUCKING MONEY." THE PSO C. WOOLEVER, TOLD DEFENDANT HE WAS BEING DETAINED + TO TURN AROUND AND PLACE HIS HANDS BEHIND HIS BACK. DEFENDANT REFUSED TO COMPLY AND FORCIBLY RESISTED DETENTION BY PULLING AWAY AND WAS PEPPER SPRAYED BY PSO WOOLEVER. THE DEFENDANT WAS ABLE TO ELUDE DETENTION AND FLEE ON FOOT. THE INCIDENT WAS CAPTURED ON VIDEO SURVEILLANCE.

The foregoing statement is based upon:

- [ ] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **2/16/2022**    [signature]
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)           U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 02/22/2022 13:24